**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Slep-Tone Entertainment Corporation and Piracy Recovery, LLC, | ) ) ) CV 12-298 TUC DCB |
| Plaintiffs | ) ) ) |
| v. | ) **ORDER** ) |
| Gary Anthony Granito; Tone G DJ, LLC; Richard Bergschneider; Stephen M. Brown; Kent B. Campbell; David R. Fuller; Alejandro Gutierrez, Jr.; Julie Ann Holodynski; John D. Hurbon; Jamie P. Jackson; Benjiman Knauer; Tiffany McDaniel; Keith E. Powell; Sharon D. Silver; Brandon Turner; John Does 1 through 20 inclusive; and XYZ Organizations 1 through 20 inclusive, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

On April 20, 2012, the Plaintiffs filed this Complaint. They allege trademark infringement, trade dress infringement, and federal unfair competition. Plaintiffs allege the Defendants committed piracy and counterfeited karaoke accompaniment tracks belonging to the Plaintiffs. At the time they filed the Complaint, the Plaintiffs also filed a Motion for Limited Discovery. They seek early discovery from Defendants Gary Anthony Granito and Tony G DJ, LLC, concerning the identification of the John Doe Defendants and the XYZ Organization Defendants. Plaintiffs believe that Defendant Granito is a managing member of Tony G DJ, LLC, which is the vehicle for the enterprise's operations. Plaintiffs seek to propound a single interrogatory as follows:

> Please identify, by full name and last known address and telephone number, (1) each and every person or entity employed or contracted by you within the three years prior to April 20, 2012, for the purpose of providing

> commercial (i.e., for money or non-financial compensation) karaoke services to any third party, and (2) each and every person or entity to which you have, in the three years prior to April 20, 2012, supplied a karaoke system, computer hard drive, or other storage medium containing karaoke accompaniment tracks.

(Doc. 9: Motion for Limited Discovery (M Discovery) at 2.)

To date, only six of the 15 named Defendants have been served. Five Defendants have answered, as follows: Defendants Brown, Turner, Holodynski, Hurbon, and Campbell. Defendant Gary Anthony Granito has appeared in the case, thereby waiving service. 6 CJS Appearance § 41 (2012); *Benny v. Pipes*, 799 F.2d 489, 492-993 (9th Cir. 1986). Defendant Tony G DJ, LLC is being served through the Arizona Corporation Commission.

Defendant Granito made his appearance by filing a Response to the Plaintiffs' Motion for Limited Discovery and by filing a Motion for a More Definite Statement. He also objects to a motion filed by Plaintiffs on August 21, 2012, to extend time to complete service.[1]

This Court has an obligation to set a scheduling conference in a case "as soon as practicable, but in any event within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared." Fed. R. Civ. P. 16(b)(2).[2] Therefore, while replies are not yet due, the Court finds them unnecessary for the disposition of the pending motions and rules without them. Simultaneously with this Order, the Court issues an Order setting the Scheduling Conference.

---

[1] Defendant Granito, a non-attorney may appear *pro per* on his own behalf, but he has no authority to appear as an attorney for others, including Defendant Tony G DJ LLC. *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 99th Cir. 1987). A corporation or other artificial entity must be represented by licensed counsel. *See e.g., Rowland . California Men's Colony,* 506 U.S. 194, 201–202 (1993) (noting that 28 U.S.C. § 1654 does not allow corporations, partnerships, or associations to appear in federal court other than through a licensed attorney).

[2] In this case, the Scheduling conference should have been held by August 7, 2012, if counted from the date of the first Answer; Plaintiffs have not filed the service documents.

1 The Motion for Limited Early Discovery is granted to the extent that the response time is shortened to 30 days for the single interrogatory the Plaintiffs seek to propound to Granito and Tony G DJ, LLC, and it may be propounded to Defendant Granito, now..

The Motion for a More Definite Statement is denied for all the reasons stated in the Plaintiffs' Response (Doc. 20).  Rule 9(f) applies to pleading special matters of fraud.  It does not require Plaintiffs to set out specific allegations of time and place in a trademark case.  Except for the information the Plaintiffs have gleaned from the Defendants' website and personal visits to karaoke venues, the time and place information is solely within the Defendants' possession, and discoverable by Plaintiffs.  Rule 8 applies to Plaintiffs Complaint, which satisfies the general rules of pleading because it is "'not so vague or ambiguous that [Mr. Granito] cannot reasonably prepare a response'" (Doc. 20: Response at 4.)

Finally, the Court shall grant Plaintiffs' Motion to Extend Time to Complete Service for 60 days to October 17, 2012.  At a minimum, the extension of time is necessary to complete service on Tony G DJ, LLC through the Arizona Corporation Commission (Commission) because the service documents have mistakenly been returned by the Commission to Plaintiffs, twice.

The Court will set the Scheduling Conference twenty days out from the close of the extended time for completing service.  This should afford any newly served Defendants time to file an Answer.

**Accordingly,**

**IT IS ORDERED** that the Motion for Limited Early Discovery (Doc. 9) is GRANTED IN PART AND DENIED IN PART to shorten the response time to the interogatory to 30 days for the single interrogatory the Plaintiffs seek to propound to Granito and Tony G DJ, LLC.  Plaintiffs may propound the interrogatory to Defendant Granito, now.

**IT IS FURTHER ORDERED** that the Motion for a More Definite Statement (Doc. 18) is DENIED. Defendant Granito must file an Answer within 20 days of the filing date of this Order.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time to Complete Service of Process is GRANTED to October 17, 2012.

**DATED this 11th day of September, 2012.**

.

David C. Bury
United States District Judge